IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BILFINGER WATER TECHNOLOGIES, INC., § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. H-14-1164 |
| § | |
| HENDRICK MANUFACTURING CO., d/b/a § HENDRICK SCREEN CO., § § | |
| Defendant. § | |

**ORDER**

Counsel for Bilfinger Water Technologies, Inc., has moved for leave to file its reply brief, attached to the motion. (Docket Entry No. 67). Counsel for Hendrick must file a statement explaining any opposition no later than June 22, 2015.

SIGNED on June 16, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge